AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Willie Frazier, aka Willie Bernard Frazier | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:20-cv-762-MGL |
| Jenny Rodriguez | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other. This case is dismissed without prejudice.  The Clerk of Court shall close the file.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge.

Date:   April 30, 2020                                    *CLERK OF COURT*

                                                          s/Debbie Stokes
                                                          *Signature of Clerk or Deputy Clerk*